

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2019

No. 04-19-00845-CR

John Anthony **KOSHGARIAN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR7331
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The motion to withdraw as lead appellate counsel is hereby GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2019.

MICHAEL A. CRUZ,
Clerk of Court